IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT G. STANNARD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **Case No.: 3:14-cv-00657-TJM-DEP** |
| | ) |
| COLLECTION TECHNOLOGY, INC. d/b/a CTI, | ) |
| | ) |
| Defendant | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: July 31, 2014        BY: */s/ Craig Thor Kimmel*
                            Craig Thor Kimmel, Esquire
                            Kimmel & Silverman, P.C
                            30 East Butler Pike
                            Ambler, PA 19002
                            Phone: (215) 540-8888
                            Facsimile: (215) 540-8817
                            Email: abennecoff@creditlaw.com
                            Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 31st day of July, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

Lauren Jasmin Valenzuela
Collection Technology, Inc.
1200 Corporate Center Drive
Suite 325
Monterey Park, CA 91754

              */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for Plaintiff